Kruglov v Holland Am. Line, N.V. (2025 NY Slip Op 51617(U))

[*1]

Kruglov v Holland Am. Line, N.V.

2025 NY Slip Op 51617(U)

Decided on October 16, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on October 16, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Tisch, J.P., Perez, Alpert, JJ.

570862/25

Dmitry Kruglov, Plaintiff-Appellant,
against
Holland America Line, N.V., Defendant-Respondent.

Plaintiff appeals from an order of the Civil Court of the City of New York, New York County (Shahabuddeen A. Ally, J.), dated October 16, 2024, which denied his motion to reargue a prior order of the same court (Richard A. Tsai, J.), dated July 8, 2024, which, upon renewal and reargument, adhered to a prior order, dated October 13, 2021, dismissing the complaint for lack of jurisdiction.

Per Curiam.
Appeal from order (Shahabuddeen A. Ally, J.), dated October 16, 2024, dismissed, without costs, as taken from nonappealable paper.
Inasmuch as no appeal lies from the denial of a motion to reargue (see Smith v Pereira, 176 AD3d 491, 492 [2019]) and no appeal has been taken from the original October 13, 2021 order dismissing the complaint for lack of personal jurisdiction, or the July 8, 2024 order, which, upon renewal and reargument, adhered to that determination, plaintiff's arguments addressed to those determinations are not properly before us (see Stratakis v Ryjov, 66 AD3d 411, 411-412 [2009]).
Plaintiff's remaining contentions are unavailing. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 16, 2025